JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| MARIO ESQUVEL, an individual,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>WERNER ENTERPRISES, INC., a Nebraska Corporation; DRIVERS MANAGEMENT, LLC, a Delaware limited liability company ANDREW COSTANZA, an individual; and DOES 1-100, inclusive;<br><br>　　　　　　Defendants. | Case No. 5:18-cv-01522 CJC (SPx)<br><br>**ORDER ON STIPULATION FOR DISMISSAL [FRCP 41(a)(1)]** |

Having considered the Parties' Stipulation for Dismissal pursuant to Federal Rules of Civil Procedure 41(a)(1), and good cause appearing therefor, the Court orders as follows:

The matter is dismissed with prejudice.

IT IS SO ORDERED.

Dated: June 18, 2019

_____
Hon. Cormac J. Carney